**MADORY, ZELL, PLEISS & McGRATH**
*A PROFESSIONAL CORPORATION*
SUITE 205 THE CENTRE BUILDING
17822 17TH STREET
TUSTIN, CALIFORNIA 92780-2152
(714) 832-3772
Facsimile (714) 832-7163
E-mail: szell@mzp.law.com and mmcgrath@mzplaw.com

JS-6

Stephen H. Zell, Esq., Bar No. 54874
E-mail: szell@mzplaw.com
Mark G. McGrath, Esq., Bar No. 115982
E-mail: mmcgrath@mzplaw.com

Attorneys for Defendants, COUNTY OF ORANGE; ROBERT VILLALVAZO; DAVID CASS; RYAN WHITE; and ERNEST R. WILLIAMS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLAH NAIM HAFIZ, <br><br> Plaintiff, <br><br> v. <br><br> CHIEF MEDICAL STAFF, ORANGE COUNTY JAIL, SHERIFF'S DEPARTMENT, <br><br> Defendants. | CASE NO. SACV 07-01010-JFW(PJWx) <br><br> COURT ORDER FOR DISMISSAL <br><br> JUDGE: JOHN F. WALTER <br> CTRM: 16 <br> FILED: 09/17/07 <br> PRE-TRIAL CONF.: 04/30/2010 <br> TRIAL: 05/11/2010 |

IT IS HEREBY ORDERED, pursuant to the Joint Stipulation between the parties e-filed with the Court on March 19, 2010, that the above-entitled action is hereby dismissed in its entirety, with prejudice, with each party bearing their own attorneys' fees and costs.

Dated: March 30, 2010

_____
JOHN F. WALTER
Judge of the United States District Court

1
COURT ORDER FOR DISMISSAL
161402.1